Rose Giannola, appellee, v. Great Northern Life Insurance Company, impleaded with Guarantee Trust Mutual Benefit Association, appellants. Gen. No. 38,593.

Opinion filed November 10, 1936. Rehearing denied November 24, 1936.

Helmer, Moulton, Whitman & Holton, for certain appellant; Charles R. Holton and Stuart C. Abbey, of counsel. Meyer A. Ginsburg, for certain other appellant. Harold J. Green and Irving Goodman, for appellee.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, plaintiff, v. Equitable Trust Company of Chicago, defendant.

First National Bank of Chicago and Garabed T. Pushman, appellants, v. William L. O'Connell, appellee. Gen. No. 38,651.

Opinion filed November 10, 1936. Rehearing denied November 24, 1936.

Sidney J. Wolf, for appellants. Roy D. Keehn and W. M. Keeley, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Walter Krolczyk, appellee, v. Heritage Coal Company, appellant. Gen. No. 38,681.

Opinion filed November 10, 1936.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Royal W. Irwin, for appellee.

Mr. Justice Friend delivered the opinion of the court.